IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE COMPANY d/b/a JEFFERSON PILOT FINANCIAL, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY d/b/a JEFFERSON PILOT FINANCIAL, BOB and DALE MARTIN, and MICHAEL and PAM CATALDO, | ) ) ) ) ) ) ) ) | 1:07CV0096 |
| Plaintiffs, | ) ) | |
| DAVID GRIFFIN, | ) ) ) | |
| Defendant. | ) | |

ORDER

Beaty, Chief Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, it is ORDERED that Defendant's Motion to Dismiss, Stay, or Transfer Venue [Document #9] is DENIED, and the parties and are hereby ORDERED to proceed to arbitration for a decision on the merits.

This the 16th day of June, 2008.

_____
United States District Judge